# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUZANA VANGJELI, : 
*Plaintiff,* : 
: 
v. : CIVIL ACTION NO. 18-CV-2882
: 
OFFICE OF DISCIPLINARY : 
COUNSEL I, *et al*, : 
*Defendants.* : 

# O R D E R

AND NOW, this 17th day of July, 2018, upon consideration of Plaintiff Suzana Vangjeli's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and her *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons stated in the accompanying Memorandum. All claims raised on behalf of Andi Vangjeli are **DISMISSED,** without prejudice to his right to assert them. All claims for which Suzana Vangjeli has standing to raise are **DISMISSED** with prejudice. Vangjeli may not file an amended complaint in this matter.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*